FILED IN
COURT OF CRIMINAL APPEALS

October 20, 2015

ABEL ACOSTA, CLERK

PD-0445-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/19/2015 2:54:12 PM
Accepted 10/19/2015 3:14:37 PM
ABEL ACOSTA
CLERK

# No. PD-0445-15

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

THE STATE OF TEXAS,
Appellant,

v.

DAVID FREDERICK CARY,
Appellee.

On Appeal from the Court of Appeals, Fifth District of Texas at Dallas
Court of Appeals No. 05-13-01010-CR

## STATE'S NOTICE OF COUNSEL'S APPEARANCE FOR ORAL ARGUMENT

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

JESSICA MANOJLOVICH
Assistant Attorney General
Criminal Appeals Division
State Bar No. 24055632
Jessica.Manojlovich@texasattorneygeneral.gov

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

ATTORNEYS FOR THE STATE

**TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:**

Undersigned counsel—Jessica Manojlovich—will appear for oral argument in this case on November 4, 2015 at 9:00 a.m.[1]

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

/s/ Jessica Manojlovich
JESSICA MANOJLOVICH
Assistant Attorney General
Criminal Appeals Division
Jessica.Manojlovich@texasattorneygeneral.gov

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

ATTORNEYS FOR THE STATE

---

[1] Both the order designating the Office of the Attorney General as District Attorney Pro Tem in this case, and the undersigned's oath of office and anti-bribery oath, are attached as Exhibit A.

2

## CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(b)(1) of the Texas Rules of Appellate Procedure, I do hereby certify that if the email address of attorneys designated below is on file with the electronic filing manager, a true and correct copy of the foregoing notice was served electronically by that electronic filing manager, on the following attorneys via electronic mail:

John Michael Helms Jr.
Attorney for Appellant

Moreover, I do hereby certify that if the email addresses for the designated attorneys are not on file with the electronic filing manager, a true and correct copy of the foregoing pleading was served by email, addressed to:

John Michael Helms Jr.
john@johnhelmslaw.com

/s/ Jessica Manojlovich
JESSICA MANOJLOVICH
Assistant Attorney General

3

# Exhibit A

| | |
|---|---|
| IN RE GRAND JURY INVESTIGATION | §      IN THE 401ˢᵗ JUDICIAL |
| | § |
| OF | §      DISTRICT COURT OF |
| | § |
| JUDGE SUZANNE WOOTEN, ET AL. | §      COLLIN COUNTY, TEXAS |

## REQUEST FOR PERMISSION TO RECUSE AND
## APPOINTMENT OF AN ATTORNEY PRO TEM

COMES NOW JOHN R. ROACH, Criminal District Attorney of Collin County, Texas, and requests permission to recuse for good cause, and moves for the appointment of an attorney pro tem under TEX. CODE CRIM. PROC. ANN. Art. 2.07 (b-1).

The undersigned Criminal District Attorney is currently conducting a criminal investigation into alleged corruption in an election to public office and the justice system in Collin County, Texas, that pertains to a sitting district judge and others that may be legally and factually connected with such investigation and any subsequent prosecution arising from such investigation. The undersigned has the duty to represent the State of Texas in all proceedings in such criminal matters.

Although the undersigned is not disqualified to act in this matter, it would be in the best interest of justice, society, and the subjects of the criminal investigation to appoint an attorney pro tem. Some of the potential witnesses in this matter may be current or former employees of the undersigned Criminal District Attorney or former office holders or current judges. Further, one of the several subjects in the criminal investigation is Judge Suzanne Wooten, a district judge in Collin County, Texas. The continued involvement of the undersigned Criminal District Attorney in this matter might create an impression of partiality or favoritism.

THEREFORE, in the interest of fairness and justice, John R. Roach, Criminal District Attorney of Collin County, Texas, requests that the Court disqualify him and his Office concerning criminal matters pertaining to alleged corruption in an election to public office and the justice system in Collin County currently pending, as described in this Request and referenced in the caption of this motion, and that the Court appoint a qualified attorney as Attorney Pro Tem for the purpose of taking such action, including prosecution and filing of the criminal charges, with autonomy, freedom and independence, as said Attorney deems lawful, just and proper.

Respectfully Submitted;

**John R. Roach**
Criminal District Attorney
Collin County, Texas
2100 Bloomdale Road, Suite 20004
McKinney, Texas 75071

**John R. Roach**
Criminal District Attorney
*State Bar Number* 16967200

IN RE GRAND JURY INVESTIGATION  §        IN THE 401ST JUDICIAL
                                §
OF                              §        DISTRICT COURT OF
                                §
JUDGE SUZANNE WOOTEN, ET AL.    §        COLLIN COUNTY, TEXAS

## ORDER OF RECUSAL AND
## APPOINTING AN ATTORNEY PRO TEM

The Court having considered the Request for Permission to Recuse and an Appointment of Attorney Pro Tem filed by John R. Roach, Criminal District Attorney of Collin County, Texas, finds that good cause exists for the recusal of John R. Roach and the appointment of an attorney pro tem.

IT IS DECLARED that John R. Roach and his office are disqualified pursuant to TEX. CODE CRIM. PROC. ANN. art. 2.07 (b-1), in Collin County criminal matters pertaining to alleged corruption in an election to public office and the justice system in Collin County, Texas currently pending and referenced the Request for Permission to Recuse and an Appointment of Attorney Pro Tem and in the caption of this Order. The Office of the Attorney General of Texas has advised the Court that it will accept an appointment to act as Attorney Pro Tem in this matter.

IT IS ORDERED that ERIC J. R. NICHOLS, Deputy Attorney General for Criminal Justice, Office of the Attorney General of Texas, or his designee, is hereby appointed as Attorney Pro Tem in all criminal matters pertaining to alleged corruption in an election to public office and in the justice system in Collin County, Texas as described in the said Request for Permission to Recuse and Appointment of an Attorney Pro Tem and which is referenced in the caption of this order, and which is currently pending, whether filed or unfiled, to evaluate and make all decisions pertaining to such matters, and to perform the duties of a Criminal District Attorney therein as may be permitted and required by law.

IT IS FURTHER ORDERED that the file or files of the Collin County Criminal District Attorney's Office in said criminal matters be transferred or made available to the Attorney Pro Tem for fair, just and timely consideration.

The Collin County Criminal District Attorney's Office may, in a manner not inconsistent with this disqualification, render such non-prosecutorial support, investigative aid and other assistance as the Attorney Pro Tem deems proper.

The **Request for Permission to Recuse and Appointment of Attorney Pro Tem** and this **ORDER** shall be filed with the Clerk of the Court upon the presentment of formal charges, if any.

Signed this 22 day of July, 2010.

MARK RUSCH
Judge Presiding

## CAUSE NO. 366-81636-2011

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 366th JUDICIAL |
| | § | |
| VS. | § | DISTRICT OF |
| | § | |
| DAVID CARY | § | COLLIN COUNTY, TEXAS |

## OATH OF OFFICE

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS, I, JESSICA MANOJLOVICH, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of DISTRICT ATTORNEY PRO TEM, COLLIN COUNTY of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_____
Signature of Officer

\* \* \* \* \*

State of Texas    §
               §
County of Travis   §

Sworn to and subscribed before me this 19th day of October, 2015.

_____
Signature of Notary Public

**DAISY MATEUS**
**My Commission Expires**
**March 28, 2017**

Daisy Mateus
_____
Printed Name

# CAUSE NO. 366-81636-2011

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 366th JUDICIAL |
| | § | |
| VS. | § | DISTRICT OF |
| | § | |
| DAVID CARY | § | COLLIN COUNTY, TEXAS |

## STATEMENT

I, JESSICA MANOJLOVICH, do solemnly swear (or affirm) that I have not directory or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or thing of value, or promised any public office or employment for the giving or withholding of a vote at the election at which I was elected or as a reward to secure my appointment or confirmation, whichever the case may be, so help me God.

Position to Which Elected/Appointed: DISTRICT ATTORNEY PRO TEM
City and/or County: COLLIN COUNTY

## EXECUTION

Under penalties of perjury, I declare that I have read the foregoing statement and that the facts stated therein are true.

Date: October 19, 2015

_____
Signature of Officer

State of Texas    §
County of Travis   §

Sworn to and subscribed before me this 19th day of October, 2015.

DAISY MATEUS
My Commission Expires
March 26, 2017

_____
Signature of Notary Public

Daisy Mateus
_____
Printed Name